| CSD 1162 [08/22/03] | |
|---|---|
| Name, Address, Telephone No. & I.D. No.<br>Diane Weifenbach, Esq. (SBN 162053)<br>Law Offices of Diane Weifenbach<br>5120 E. La Palma Ave. #209<br>Anaheim, CA 92807<br>PH: 714-695-6637<br>Email: diane@attylsi.com | Order Entered on<br>June 7, 2018<br>by Clerk U.S. Bankruptcy Court<br>Southern District of California |

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re<br>Diane Margaret Prettyman<br>Debtor. | BANKRUPTCY NO. 18-01320-CL13 |
|---|---|
| U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust<br>Moving Party | RS NO. DVW-001 |
| Diane Margaret Prettyman, Debtor; David L. Skelton, Ch. 13 Trustee<br>Respondent(s) | |

## <span style="color:red">COURT MODIFIED</span>

### ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ **REAL PROPERTY**  ☐ **PERSONAL PROPERTY**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __5__ with exhibits, if any, for a total of __5__ pages, is granted. Motion Docket Entry No. __32__

//

//

//

//

DATED: June 6, 2018

_/s/ Christopher B. Latham_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Law Offices of Diane Weifenbach
(Firm name)

By: /s/ Diane Weifenbach
     Attorney for Movant

CSD 1162

CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Diane Margaret Prettyman          CASE NO: 18-01320-CL13          jrm
                                          RS NO.: DVW-001

The Motion of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 05/03/2018, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 34, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 05/03/2018, and

- [✓] Debtor *(Name)*: Diane Margaret Prettyman - 1695 Hamilton Ln., Escondido, CA 92029
- [ ] Debtor's Attorney *(Name)*:
- [✓] Trustee *(Name)*: David L. Skelton-admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
- [ ] United States Trustee (in Chapter 11 & 12 cases), and
- [✓] Others, if any *(Name)*:
   U.S. Trustee: ustp.region15@usdoj.gov

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. [✓] The following real property:

   a. Street address of the property including county and state:
      1695 Hamilton Ln, Escondido, CA 92029

   b. Legal description is [✓] attached as Exhibit B or [ ] described below:

2. [ ] The following personal property as described [ ] below or [ ] in Exhibit B attached:

   IT IS FURTHER ORDERED that *(Optional)*:
The 14 day stay period of FRBP Rule 4001(a)(3) is not waived.                                    cbl

CSD 1162

Signed by Judge Christopher B. Latham June 6, 2018

CSD 1185 [05/19/17] Name, Address, Telephone No. & I.D. No.

Diane Weifenbach, Esq. (SBN 162053)
Law Offices of Diane Weifenbach
5120 E. La Palma Ave. #209
Anaheim, CA 92807
Ph: 714-695-6637
Email: diane@attylsi.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Diane Margaret Prettyman

Debtor.

BANKRUPTCY NO. 18-01320-CL13

U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

Moving Party

RS NO. DVW-001

Diane Margaret Prettyman, Debtor; David L. Skelton, Ch. 13 Trustee

Respondent(s)

## NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE ABOVE NAMED RESPONDENT(S)[1]:

**You are hereby notified** that a Motion for Relief from the Automatic Stay provided by § 362 of the Bankruptcy Code has been filed. If you object to the Court granting relief from the automatic stay as requested in the Motion, **you must, within 11[2] days following the date of service of this notice of motion on you**:

1. Obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number contains the letters:

    - MM - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
    - LA - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
    - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
    - CL - call (619) 557-6019 - DEPARTMENT FIVE (Room 318)

2. File with the Clerk of the Bankruptcy Court, at the address shown above, the original and one copy of:
    (a) an **"Opposition to Motion"**[2] (for real or personal property, use Form CSD 1161 of this Court);
    (b) a **"Declaration in Opposition to the Motion"**[2]; and
    (c) a separate **"Request and Notice of Hearing on Motion**," using Form CSD 1186 of this Court (this form may be obtained from the Office of the Clerk);

3. Serve a copy of these documents on the [Attorney for the] Moving Party named in the upper left hand corner.

4. Serve a copy of these documents on each of the additional parties as required by LBR 4001-3.

**If you fail to file with the clerk and serve on the moving party your request for hearing and the declaration in opposition to motion within the 11-day[2] period provided by this motion, the court may grant the moving party relief from the automatic stay without further notice to you or a hearing.**

Dated: 05/03/2018

/s/ Diane Weifenbach
[Attorney for] Moving Party

**All pleadings related to this particular RS action must contain the above caption.**

[1]LBR 4001-2, printed on the reverse side, governs service of this notice.

[2]Depending on how you were served, you may have additional time for response. See FRBP 9006. Instructions for the Respondent and the date of service of this notice indicated in the Certificate of Service are printed on the reverse side.

CSD 1185                                                                                                          [Continued on Page 2]

# EXHIBIT "A"

1. **All pleadings related to this particular RS action must contain the above caption.**
2. **Instruction to Respondent**: If you file a "Declaration in Opposition to the Motion," it must be signed by the respondent under oath; and
   (1) identify the interest of the respondent in the property;
   (2) state with particularity the grounds for the opposition;
   (3) if respondent is the debtor or the trustee, state the provable value of the property specified in the Motion and the amount of equity which would be realized by the debtor after deduction of all encumbrances; and
   (4) contain a statement as to competence of the declarant and the foundation for any opinion.
3. **Instructions to Moving Party**: LBR 4001-2 provides that:
   "(a) A motion for stay relief . . . must:
      "(1) name the debtor, co-debtors, and the trustee, as respondents;
      "(2) state with particularity the relief or order sought and the grounds for such relief or order;
      "(3) state the status of any pending foreclosure, repossession, or unlawful detainer proceeding;
      "(4) if the motion is filed in a chapter 11 or 13 case and if nonpayment of any post-Petition payment is a ground for relief, provide an accounting of each post-Petition payment received, the amount and date received, and date posted to the account;
      "(5) where the value of an asset is relevant, provide admissible evidence of value and any known encumbrances; and
      "(6) if the motion is brought for cause, provide admissible evidence of the specific facts that constitute such cause."
   "(b) Service. The Movant must serve the motion, together with Local Form CSD 1185, on the debtor, co-debtor, any counsel for the debtor, the trustee, and other Entities or Individuals entitled to receive notice of default or notice of sale under applicable non-bankruptcy law governing foreclosure of real or personal property which is the subject of the motion."

**\*\* Motions filed after the case is closed are not entitled to a refund of fees.**

[The Certification of Service must accompany the Notice of Motion printed on the reverse and any motion for entry of a default order pursuant to LBR 4001-5(a).]

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:
That I am, and at all relevant times was, more than 18 years of age;

That on __3rd__ day of __May__, __2018__ [**Date of Service**[3]], I served a true copy of this NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY, together with a copy of the Motion for Relief from Stay and [describe any other papers]:
DECLARATION OF GLORIA A. ROCHA IN SUPPORT OF MOTION FOR RELIEF FROM STAY

by [describe mode of service]:
Notice of Electronic Filing (NEF)
on the following persons [set forth name and address of each person served] and/or as checked below:

☐ Attorney for Debtor (or Debtor), if required:

Ch. 13 Trustee: David L. Skelton - admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
U.S. Trustee: ustp.region15@usdoj.gov

Served by First Class Mail, postage prepaid:
Debtor: Diane Margaret Prettyman - 1695 Hamilton Ln., Escondido, CA 9202 9

| ☐ For Chpt. 11 & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☑ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>401 West A Street, Suite 1680<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 B Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  05/03/2018                                  Lauren Sturdivant   /s/ Lauren Sturdivant
            (Date)                                        (Typed Name and Signature)

                                                         5120 E. La Palma Ave. #209
                                                         (Address)

                                                         Anaheim, CA 92807
                                                         (City, State, ZIP Code)

[3]This **Date of Service** commences the time period for responding to Motion.
CSD 1185

Signed by Judge Christopher B. Latham June 6, 2018

WORLD SAVINGS BANK, FSB

# EXHIBIT "A"
## LEGAL DESCRIPTION

LOAN NO.

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF **SAN DIEGO** STATE OF **CALIFORNIA**, DESCRIBED AS FOLLOWS:

LEGAL DESCRIPTION

LOT 140 OF ESCONDIDO TRACT NO. 523-B, IN THE CITY OF ESCONDIDO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11654, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, NOVEMBER 20, 1986.

# EXHIBIT "B"

Signed by Judge Christopher B. Latham June 6, 2018